UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL BARBATO, | Case No.: 3:22-CV-00077-LRH-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| | **STIPULATION TO DISMISS** |
| | **EXTRACONTRACTUAL CLAIMS** |
| GEICO ADVANTAGE INSURANCE | **WITHOUT PREJUDICE** |
| COMPANY; JOHN DOES I-XX, inclusive; | |
| ABC CORPORATIONS I-X, inclusive; | |
| and BLACK AND WHITE | |
| COMPANIES, I-X, inclusive, | |
| Defendants. | |
| _____/ | |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff, GABRIEL

BARBATO, by and through his counsel, Julie McGrath Throop, Esq., and Defendant, GEICO

ADVANTAGE INSURANCE COMPANY, by and through its counsel Lara L. Miller, Esq., of

Winner & Booze that Plaintiff will dismiss without prejudice Plaintiff's Second Claim For Relief

Against GEICO: Breach of Good Faith and Fair Dealing and Plaintiff's Third Claim for Relief

Against GEICO: Violation of Fair Trade Practices.

///

///

///

///

1        **The claims for contractual benefits, including but not limited to, under-insured**

2  **motorist coverage remain.**

3

4    DATED this 5th day of January, 2023..      DATED this 5th day of January, 2023.

5    TERRY FRIEDMAN AND JULIE THROOP    WINNER & BOOZE

6

7    By   /s/ Julie McGrath Throop, Esq.    By /s/ Lara L. Miller, Esq.

8           JULIE McGRATH THROOP, ESQ.     LARA L. MILLER, ESQ.
            TERRY A. FRIEDMAN, ESQ.      1117 South Rancho Drive

9           300 South Arlington Avenue       Las Vegas, Nevada 89102
            Reno, Nevada 89501          (702) 243-7000 T

10         (775) 322-6500 T          (702) 243-7059 F
            (775) 322-3123 F          Attorneys for Defendant

11         Attorneys for Plaintiff

12

13                   **ORDER**

14    IT IS SO ORDERED.

15    DATED this 6th day of January, 2023.

16

17                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27